## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 153 WM 2018

Respondent   :

v.   :

HENRY JAMES HOLMES,   :

Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.